UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAMES L. KENNEDY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:07CV1737 CDP |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks fees in the amount $2,090.11. Defendant has not objected.

On February 5, 2009, I remanded this case to defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A claimant seeking judicial review of a final decision denying Social Security disability benefits may recover attorney's fees if he receives a sentence four remand. See Shalala v. Schaefer, 509 U.S. 292, 295-96 (1993). Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find he is entitled to an award in the amount requested of $2,090.11.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#19] and motion to correct the itemization of attorney time [#21] are granted.

**IT IS FURTHER ORDERED** that defendant pay plaintiff attorney's fees and costs in the amount of $2,090.11.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2009.